# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2020 KW 0232

VERSUS

JASON JARRELL SPIKES

**APR 2 8 2020**

---

In Re:  Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-126847

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND HIGGINBOTHAM, JJ.**

**WRIT DENIED.**

VGW
JMG
TMH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT